UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR122-0014

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| --- | --- | --- |
| | ) | |
| v. | ) | 18 U.S.C. § 371 |
| | ) | Conspiracy |
| | ) | |
| PATRICK C. MOORE, JR. | ) | 42 U.S.C. § 1320a7b(b)(1) and (2) |
| | ) | Payment and Receipt of |
| | ) | Kickbacks |

PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:	Conspiracy
18 U.S.C. § 371
- Not more than five (5) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

Counts 2–4:	Payment and Receipt of Kickbacks
42 U.S.C. § 1320a7b(b)(1) and (2)
- Not more than ten (10) years of imprisonment
- Not more than a $100,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

/s/ Jonathan A. Porter
Jonathan A. Porter
Assistant United States Attorney
Georgia Bar Number 725457