# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

CHANGE OF PLEA IN _USA v. Patrick V. Moore, Jr._

CRIMINAL NO. _CR122-014_ AT _Augusta, Georgia_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE DEFENDANT _PATRICK C. MOORE, JR._, HAVING PREVIOUSLY ENTERED A PLEA OF _NOT GUILTY_, HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF _GUILTY_ TO _COUNT ONE_ IN THE INDICTMENT.

THIS _5th_ DAY OF _MAY_, 2025.

NOLLE PROSSE AS TO COUNT(S) _____

_____ DEFENDANT
PATRICK C. MOORE, JR.

_____
COUNSEL FOR DEFENDANT
CARL LIETZ